# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

FILED IN CLERKS OFFICE

NOV 4 '24 PM 12:58 USDC MA

Margaret Kris
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Behavioral Health Services
State of Massachusetts
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Margaret Kris
   Street Address: 70 Rodney St. #1
   City and County: Worcester, Worcester County
   State and Zip Code: Massachusetts 01605
   Telephone Number: (508) 304-8243 Landline no text or
   E-mail Address: N/A  email

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
- Name: Behavioral Health Services
- Job or Title (if known): Mental Health Provider
- Street Address: 435 Shrewsbury Street
- City and County: Worcester, Worcester County
- State and Zip Code: Massachusetts 01604
- Telephone Number: (774) 450-7471
- E-mail Address (if known): Tiya.Cote@bhsdab.com (assistant manager)

Defendant No. 2
- Name: The Commonwealth of Massachusetts
- Job or Title (if known): Governing State
- Street Address: The Entire Commonwealth
- City and County: The Entire Commonwealth
- State and Zip Code: Massachusetts
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question      [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. Amendment #1 of the U.S. Constitution, Amendment #14 of the U.S. Constitution the Supreme Law of the Land, Federal Laws protecting rights of conscience and religious freedom in DHHS programs sections 1303(b)(4) TRHAct Church Amendments 42 USC § 300a-7 Annotated Title 45 USC Chapter 6A See attached memorandum of law

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* Margaret Kris , is a citizen of the State of *(name)* Massachusetts .

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* N/A , is incorporated under the laws of the State of *(name)* N/A , and has its principal place of business in the State of *(name)* N/A .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* N/A , is a citizen of the State of *(name)* N/A . Or is a citizen of *(foreign nation)* N/A .

b. If the defendant is a corporation

The defendant, (name) **Behavioral Health Services** is incorporated under the laws of the State of (name) **Massachusetts**, and has its principal place of business in the State of (name) **Massachusetts**.

Or is incorporated under the laws of (foreign nation) **N/A**,

and has its principal place of business in (name) **Worcester, city and county**

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.) **Defendant The Commonwealth of Massachusetts The entire state**

3. The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because (explain): **There are two entities involved that in unison deprived me of my 1st amendment right which under Title 42 Section 1985 entitles me to damages both guilty parties should pay**

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**Violations of the 1st and 14th Amendment of the United State Constitutional Laws Federal laws protecting rights of conscience and religious freedom in Health and Human Service Programs Section 1303(b)(4) IRFACT Section 504 of the Rehabilitation Act of 1973 see attached claim with**

## IV. Relief **request for court appointed counsel**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. **I am a disabled pro-se litigant that would like the court to appoint counsel as I have no formal legal training. I am seeking monetary damages I am entitled a under Title 42 Section 1985 I want to collect $80,000 from each entity that includes attorney fees so long as I am pro-se to prevent further mental health abuses**

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/1/24

Signature of Plaintiff: *Margaret Kris* (pro-se)
Printed Name of Plaintiff: Margaret Kris

### B. For Attorneys

Date of signing: N/A

Signature of Attorney: N/A
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Street Address:
State and Zip Code:
Telephone Number:
E-mail Address: